HIRAM E. MEEKER, as Receiver of the FIRST NATIONAL BANK IN MAMARONECK. Respondent, v. MAYFAIR CLEANERS & DYERS, INC., and Others, Defendants; MELE HOLDING CO., INC., Appellant.— Motion for reargument granted and reargument ordered for Monday, February fourth. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See 242 App. Div. 834.]

HOWARD R. MORTON, Respondent, v. KARLOPAT REALTY CORPORATION and CHARLES V. PATERNO, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and NASEEMA SALEEBY, Respondents, Appellants, v. NAZURA D. SALEEBY, Defendant, Appellant; SAM SALEEBY and SOLOMON SALEEBY, Individually, etc., and Another, Defendants, Consolidated with NAZURA SALEEBY, Plaintiff, v. NASSAU COUNTY TRUST COMPANY, Defendant. — No. 39. Motion to dispense with printing and to consolidate appeals denied. No. 40. Motion to dismiss appeal denied on condition that appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. No. 65 Motion to add. appeal to January calendar denied. The appellant should perfect its appeal and be prepared to argue at the February term. It is difficult to understand the objections made by the respondents to the proposed case. The record should contain the findings and the requests to find which have been passed upon by the trial court. If there were alterations or amendments made to proposed findings by the trial court, those changes should be indicated. They may, however, be printed on a separate sheet. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. ·

NATIONAL CITY BANK OF NEW ROCHELLE and Others, Respondents, v. COUNTY OF WESTCHESTER and Others, Defendants; JOHN P. NESTLER, as Treasurer of the City of New Rochelle, and the CITY OF NEW ROCHELLE, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Questions will be certified as to the Statute of Limitations. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. Settle order on notice. [See ante, p. 532.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KULAND, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KATSENBOGEN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP CHEGAN, Appellant.— Motion for reargument granted as to defendants Kuland and Katsenbogen and reargument ordered for Monday, February 11, 1935. Motion as to defendant Chegan denied. Motion to resettle order of March 30, 1934, denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See 241 App. Div. 772.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY WINGARD, Appellant.— Motion for reargument granted and on reargument order dismissing appeal vacated and motion to dismiss appeal denied; appellant to perfect the appeal for the March term; case ordered on the calendar for Monday, March 11, 1935. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.